■ THE PEOPLE OF THE STATE OF NEW YORK v. MAURICE A. SPIRITOS.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ADELINE COLLA-NEGRI v. OTTORINO COLLA-NEGRI.—Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ LOUIS GANDINO v. WILLIAM L. CROW CONSTRUCTION COMPANY. WILLIAM L. CROW CONSTRUCTION COMPANY v. LA SALA MASON CORPORATION.— Motion by third-party defendant-respondent to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ LOUIS GANDINO v. WILLIAM L. CROW CONSTRUCTION COMPANY. WILLIAM L. CROW CONSTRUCTION COMPANY v. LA SALA MASON CORPORATION.— Motion by plaintiff-respondent to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of BASIL C. HACKETT against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion granted insofar as to permit the appeal to be heard on a typewritten record on appeal and upon typewritten or mimeographed petitioner-appellant's points, upon condition that the petitioner-appellant serves one copy of the typewritten record on appeal and one copy of the typewritten or mimeographed petitioner-appellant's points on the Corporation Counsel, and files 6 copies of the typewritten record on appeal and 6 typewritten or 19 mimeographed copies of the petitioner-appellant's points with this court on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of 455 WEST 42ND ST. CORP. against NEW YORK STATE LIQUOR AUTHORITY.— Motion for a preference denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of ANGELO DE LUCA against JOSEPH J. CAPUTA, as State Rent Administrator.— Motion for judgment in default denied in all respects. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ HELEN E. GEORGELOS v. COCA-COLA BOTTLING CO. OF NEW YORK, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.